# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Alysia Sue Herrick, | ) | Case No. 1:14-cr-006-1 |
| | ) | |
| Defendant. | ) | |

The court conditionally released defendant on December 13, 2013, pending final disposition of this matter. Sometime thereafter she was taken into custody on State charges. On July 29, 2015, she filed an "Application for Writ of Habeas Corpus Ad Prosequendum" ordering that she be released to the custody of the United States Marshal pending sentencing in the above-entitled action.

On August 20, 2015, the United States Marshal's office advised that the state district court had released defendant on bond and that it had executed its detainer on defendant. As defendant is now in the custody of the United States Marshal, her "Application for Writ of Habeas Corpus Ad Prosequendum" (Docket No. 282) is deemed **MOOT**.

**IT IS SO ORDERED.**

Dated this 20th day of August, 2015.

>                         */s/ Charles S. Miller, Jr.*
>                         Charles S. Miller, Jr., Magistrate Judge
>                         United States District Court